FILED
2017 Jul-12 PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **NATHAN MATSON**, as the Administrator of the **ESTATE OF JORDAN ALEXA MAYS;** | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) CV NO.: _____ ) ) |
| **STEVE'S TRUCK & TRAILER REPAIRS, INC.**; a corporation, **BOBBY JOE CARNEY, JR.**, an individual; **BIR TRUCK & TRAILER REPAIR, LLC,** | ) ) ) ) ) |
| **Defendants.** | ) |

### COMPLAINT

COMES NOW Plaintiff, and brings this claim against Defendants herein named, and those fictitiously pled. As grounds for said case, Plaintiff states as follows:

### PARTIES, VENUE AND JURISDICTION

1. Plaintiff, Nathan Matson (hereafter "Plaintiff" or "Matson"), is the legally appointed Administrator of the Estate of Jordan Alexa Mays. Mr. Matson intends to bring claims as the Administrator of the Estate of Jordan Alexa Mays, against Defendants herein pled. Plaintiff is over the age of nineteen (19) years, and resided in Shelby County, Alabama. Plaintiff Nathan Matson was not involved in the accident, but his wife, deceased, was.

2. Defendant STEVE'S TRUCK & TRAILER REPAIRS, INC. (hereafter "Steve's") is a foreign corporation with its principal office in Marion, Mississippi. It operates its repair shop in York, Alabama. At all relevant times, Steve's worked on the

subject tractor at 17784 AL Hwy 17, in York, Alabama 36925, Sumter County, Alabama.

3. Defendant BILLY JOE CARNEY, JR. ("Carney") is an adult resident citizen of Meridian, Mississippi.  Based on receipts obtained, Carney worked on the subject tractor prior to the death of Plaintiff decedent in York, Alabama.  He was employed by Steve's and did all work on the tractor and trailer in York, Alabama.

4. Defendant BIR TRUCK & TRAILER REPAIR, LLC (hereafter "BIR") is a foreign limited liability company with its principal office in Parsons, Tennessee, but operates its repair shop in Franklin, Kentucky.  Upon information and belief, BIR does work on semi tractors/trailers at 3303 Scottsville Road, Franklin, Kentucky 42134, and such semi tractors/trailers thereafter operate throughout the United States, including on the roads of Alabama.

5. Fictitious Party Defendants 1-19 are unknown at this time, but will be substituted when ascertained. Hereafter, the term "Defendants" includes those named Defendants and those Fictitious Party Defendants 1-19.  It is Plaintiffs' intent to state each and every cause of action against each Fictitious Party Defendant.

6. Venue is proper in this Court as work done on the subject tractor and trailer – which helps serves as the basis of the negligence/wantonness claim asserted herein -- was completed in York, Alabama, just months prior to the death of Plaintiff decedent.

## STATEMENT OF FACTS

7. On or about October 20, 2015, Jordan Alexa Mays was riding in a vehicle on US 280, at the intersection of County Road 280.  At roughly 8:15 am, a 2000 Navistar International tractor, pulling a Utility box trailer, did collide with Jordan Alexa

Mays, killing her. The braking of the Navistar tractor did not work and caused the subject accident.

8. Upon information and belief, and after inspection of documents, Steve's Truck & Trailer Repair (using the York, AL shop), Billy Joe Carney, Jr. (working out of York, Alabama), and BIR Truck & Trailer Repair (Franklin, KY) were hired to fix the braking system of the subject tractor and ensure that said tractor's braking complied with DOT requirements. Said work was done on the 2000 Navistar International tractor on July 31, 2015 (Steve's in York, Alabama) and after a failed DOT inspection on August 3, 2015 (Bir in Franklin, Kentucky). The work completed was to ensure that the tractor complied with DOT requirements. However, such work did not comply with DOT braking requirements; the tractor should not have been on the road at the time of the accident.

9. Upon forensic testing, the subject tractor braking system did not comply with DOT requirements at the time of the accident notwithstanding the work done by Defendants, and prevented the tractor from stopping that day and preventing the subject accident.

## COUNT I
## NEGLIGENCE/WANTONNESS

10. Plaintiff adopts and incorporates by reference all allegations of the preceding paragraphs as if fully set out herein.

11. All defendants, including Fictitious Party Defendants 1-19, were negligent/wanton as they engaged in the following wrongful conduct:

    a. Failed to properly inspect, service, maintain, fix and/or alter the braking system and its component parts to work within accepted industry standards and DOT requirements on the 2000 Navistar International tractor truck;

    b. Did release the tractor onto the road not in compliance with accepted industry standards and DOT requirements; and

    c. Failed to properly hire, train and supervise employees and agents that were responsible for inspecting, servicing, maintaining, fixing and/or altering the subject tractor braking system, and its component parts.

12. Said negligent/wanton conduct contributed to the death of Jordan Alexa Mays.

13. This case is brought pursuant to, and in accordance with, the Alabama Wrongful Death Act.

WHEREFORE, Plaintiff demands judgment against all defendants jointly and severally, including fictitious party defendants, in a sum of damages as is allowed pursuant to the Alabama Wrongful Death Act.

                                              */s/ Josh J. Wright*
                                              JOSH J. WRIGHT, ESQ. (WRI045)

**OF COUNSEL:**
HOLLIS, WRIGHT, CLAY & VAIL, P.C.
2201 Morris Avenue
Birmingham, AL 35203
(205) 324-3600
(205) 324-3636 Facsimile
**joshw@hollis-wright.com**

### JURY DEMAND

Plaintiff requests a trial by struck jury on all issues and counts allowable by law in this case.

                                              */s/ Josh J. Wright*
                                              OF COUNSEL

## **REQUEST FOR CERTIFIED MAIL**

The Plaintiffs hereby request that the clerk serve the below Defendant by certified mail, with the attached Complaint return receipt requested, at the following location(s):

STEVE'S TRUCK & TRAILER REPAIRS, INC.
C/o William Steve Duncan
4678 Marion Drive
Marion, MS 39342

BIR TRUCK & TRAILER REPAIR, LLC
C/o RAVINDER KUMAR
3303 Scottsville Road
Franklin, KY 42134-8251

BILLY JOE CARNEY, JR.
P.O. Box 894
Meridian, MS 39302

*/s/ Josh J. Wright*
OF COUNSEL